# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ELDA MEJIA-ESPINOZA, et al., | No. CV 08-7984-FMC (PLA) |
| Petitioners, | **JUDGMENT** |
| v. | |
| MICHAEL MUKASEY, et al., | |
| Respondents. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed.

DATED: January 27, 2009

_____
HONORABLE FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE